AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

Ayad Y. Hermez,

*Plaintiff,*

v.

The Cornell Group, PLLC,

*Defendant.*

Case No. 2:19−cv−10924−SFC−APP
Hon. Sean F. Cox

## SUMMONS IN A CIVIL ACTION

To: The Cornell Group, PLLC

A lawsuit has been filed against you.

c/o Registered Agent
CORNELL, GEORGE V111
219 Almeria Rd.
West Palm Beach, FL 33405

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nathan C. Volheim
2500 S. Highland Avenue
Suite 200
Lombard, IL
60148

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ D. Allen _____
*Signature of Clerk or Deputy Clerk*

Date of Issuance: March 29, 2019



# Exhibit A

# AFFIDAVIT OF PROCESS SERVER

Job # 2019001959

**Client Info:**

Nathan Volheim
2500 South Highland Avenue
Suite 200
Lombard , IL 60148

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** | DISTRICT COURT |
| AYAD Y. HERMEZ, | |
| -versus- | |
| **DEFENDANT:** | |
| THE CORNELL GROUP, PLLC d/b/a AMERICA DIRECT, LLC d/b/a | Court Case # **2:19−cv−10924−SFC−APP** |
| LEGAL ACTION TEAM d/b/a LAT SERVICES, | |

**Service Info:**

**Date Received by Accurate Serve:** 4/5/2019 at 06:34 PM
**Service:** I Served **The Cornell Group, PLLC, c/o Registered Agent CORNELL, GEORGE V111**
With: **Summons in a Civil Action, Proof Of Service, Complaint w/exhibits**
by leaving with **George Cornell, REGISTERED AGENT**

**At Business 219 ALMERIA RD. WEST PALM BEACH, FL 33405**

Latitude: **26.689072**
Longitude: **-80.051784**

On **4/9/2019 at 04:42 PM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

I **STEVEN SMITH** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction
in which this service was made.

Signature of Server:
**STEVEN SMITH**
**1150**

**Accurate Serve of Plantation**
151 North Nob Hill Road #254
Plantation, FL 33324
Our Job # **2019001959**

SUBSCRIBED AND SWORN to before me this _____ 9 _____ day of ___April 2019___ , _____, by **STEVEN SMITH**, Proved to
me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC for the state of Florida



JOSHUA M WRIGHT
NOTARY PUBLIC-STATE OF FLORIDA
COMM. # FF 957111
MY COMM. EXPIRES 02-03-2020



1 of 1